**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIM NO. 4:26-CR-248** |
| **v.** | : | |
| | : | |
| **JOYCE DONOVAN,** | : | |
| **Defendant.** | : | |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about November 5, 2024, in Snyder County, within the Middle District of Pennsylvania, the defendant

**JOYCE DONOVAN,**

an alien, knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

BRIAN D. MILLER
United States Attorney

[signature] 10/15/26

SCOTT R. FORD
Assistant United States Attorney

Date